# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER: |
|---|---|
| Plaintiff(s) v. | CR 18 00354-AB |
| ARNOLDO BELTRAN JR. akas Ivan gasol, Phil painful, Ivan Defendant(s) | **WARRANT FOR ARREST** **UNDER SEAL** |

TO: UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

YOU ARE HEREBY COMMANDED to arrest   ARNOLDO BELTRAN JR.,
                                                                   akas Ivan gasol, Phil painful, Ivan

and bring him/her forthwith to the nearest Magistrate Judge to answer a(n): ☐ Complaint   ☒ Indictment
☐ Information   ☐ Order of Court   ☐ Probation Violation Petition   ☐ Violation Notice

Charging him/her with: (ENTER DESCRIPTION OF OFFENSE BELOW)

**21 U.S.C. § 846: Conspiracy to Distribute and to Possess with Intent to Distribute Controlled Substances;**
**21 U.S.C. §§ 841(a)(1), (b)(1)(A)(ii): Possession with Intent to Distribute Controlled Substances**

Case: 1:18-mj-00092
Assigned To : Magistrate Judge Harvey, G. Michael
Assign. Date : 8/13/2018
Description: Rule 5 Arrest Warrant

**in violation of the following Title, United States Code, Section(s):**
**SEE ABOVE**

| Kiry K. Gray | June 12, 2018   LOS ANGELES, CALIFORNIA |
|---|---|
| NAME OF ISSUING OFFICER | DATE AND LOCATION OF ISSUANCE |
| Clerk of Court | |
| TITLE OF ISSUING OFFICER | BY: JEAN ROSENBLUTH |
| Marilyn Davis | NAME OF JUDICIAL OFFICER |
| SIGNATURE OF DEPUTY CLERK | |

**RETURN**

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED DEFENDANT AT (LOCATION):

| 6/20/18 | D. Robert   3/3/11 |
|---|---|
| DATE RECEIVED | NAME OF ARRESTING OFFICER |
| 8/13/18 | Resident DUSM |
| DATE OF ARREST | TITLE |
| DESCRIPTIVE INFORMATION FOR DEFENDANT CONTAINED ON PAGE TWO | SIGNATURE OF ARRESTING OFFICER |

**WARRANT FOR ARREST**

CR-12 (07/04)                                                                                                    PAGE 1 OF 2

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America | | CASE NUMBER: |
|---|---|---|
| | Plaintiff(s) | CRCR18 00354-AB 4 |
| v. | | |
| ARNOLDO BELTRAN JR. akas Ivan gasol, Phil painful, Ivan | Defendant(s) | WARRANT FOR ARREST UNDER SEAL |

## ADDITIONAL DEFENDANT INFORMATION

| RACE: | SEX: | HEIGHT: | WEIGHT: | HAIR: | EYES: | OTHER: |
|---|---|---|---|---|---|---|
| DATE OF BIRTH: **1978** | | | | | | |
| | | SCARS, TATTOOS OR OTHER DISTINGUISHING MARKS: | | | | |
| AUTO YEAR: | AUTO MAKE: | AUTO MODLE: | AUTO COLOR: | | AUTO LICENSE NO. | ISSUING STATE |

**LAST KNOWN RESIDENCE:**

**LAST KNOWN EMPLOYMENT**

**FBI NUMBER:**

**ADDITIONAL INFORMATION:**

| INVESTIGATIVE AGENCY NAME: FBI | INVESTIGATIVE AGENCY ADDRESS: |
|---|---|

NOTES: